

Nov 17, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**14-20849-CR-MOORE/MCALILEY**

Case No. _____

21 U.S.C. § 331(d)
21 U.S.C. § 333(a)(1)
21 U.S.C. § 355(a)
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

MARVIN DIAZ-LACAYO,

Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### INTRODUCTION INTO COMMERCE OF A NEW UNAPPROVED DRUG
### (21 U.S.C. §§ 331(d), 333(a)(1), and 355(a))

Between in or around July of 2010 and in or around March of 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARVIN DIAZ-LACAYO,**

did introduce and cause to be introduced into interstate commerce an unapproved new drug, to wit, Altuzan, a misdemeanor offense, in violation of 21 U.S.C. §§ 331(d), 333(a)(1), 355(a) and 18 U.S.C. § 2.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JON M. JUENGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MARVIN DIAZ LACAYO,

         **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | | |
|---|---|---|---|---|
| _X_ | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)　　　　　Yes ___　　No ___
Number of New Defendants　___
Total number of counts　　___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　(Yes or No)　__YES__
   List language and/or dialect　__SPANISH__

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)　　　　　　　　　　　　(Check only one)

   | I  | 0 to 5 days     | _X_ | Petty   | ___ |
   |----|-----------------|-----|---------|-----|
   | II | 6 to 10 days    | ___ | Minor   | ___ |
   | II | 11 to 20 days   | ___ | Misdem. | _X_ |
   | IV | 21 to 60 days   | ___ | Felony  | ___ |
   | V: | 61 days and over| ___ |         |     |

6. Has this case been previously filed in this District Court?　(Yes or No)　__No__
   If yes:
   Judge: _____　Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?　(Yes or No)　__No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)　_X_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?　___ Yes　_X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?　___ Yes　_X_ No

                                         _____
                                         JON M. JUENGER
                                         ASSISTANT UNITED STATES ATTORNEY
                                         Florida Bar No. 56108

*Penalty Sheet(s) attached

                                                                                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** MARVIN DIAZ LACAYO

**Case No:** _____

Count #: 1

Introduction Into Commerce of a New Unapproved Drug

Title 21, United States Code, Section 331(d); 333(a)(1), 355(a)

\* **Max. Penalty**: One (1) year imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.