UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>14-20849-CR-MOORE(s)</u>
21 U.S.C. § 331(c)
21 U.S.C. § 333(a)(1)
21 U.S.C. § 352(o)
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

MARVIN DIAZ-LACAYO,

      Defendant.
_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### RECEIPT IN INTERSTATE COMMERCE OF A MISBRANDED DRUG
### (21 U.S.C. §§ 331(c), 352(o), 333(a)(1))

Between in or around July of 2010 and in or around March of 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARVIN DIAZ-LACAYO,**

did receive in interstate commerce a misbranded drug, to wit, Altuzan, which drug was not annually listed with the FDA as one of the drugs which was being manufactured for commercial distribution within the United States, a misdemeanor offense, in violation of 21 U.S.C. §§ 331(c), 333(a)(1), 352(o) and 18 U.S.C. § 2.

                                WIFREDO A. FERRER
                                UNITED STATES ATTORNEY

                                ROGER CRUZ
                                ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

MARVIN DIAZ LACAYO,

        **Defendant.**
_____/

CASE NO.   14-20849-CR-Moore(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| X | Miami | ___ | Key West |
| ___ | FTL | ___ | WPB |
| | | ___ | FTP |

New Defendant(s)           Yes ___   No  X
Number of New Defendants        0
Total number of counts          1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    YES
   List language and/or dialect   SPANISH

4. This case will take 0 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days        X         Petty       ___
   II   6 to 10 days       ___       Minor       ___
   II   11 to 20 days      ___       Misdem.     X
   IV   21 to 60 days      ___       Felony      ___
   V:   61 days and over   ___

6. Has this case been previously filed in this District Court?   (Yes or No)    No
   If yes:
   Judge:                                         Case No.
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the _____         District of

   Is this a potential death penalty case? (Yes or No)     X

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      ___ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     ___ Yes   X  No

                                                ROGER CRUZ
                                                ASSISTANT UNITED STATES ATTORNEY
                                                Florida Bar No. 157971

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** MARVIN DIAZ LACAYO

**Case No:** 14-20849-CR-Moore(s)

Count #: 1

Receipt in Interstate Commerce of a Misbranded Drug

Title 21, United States Code, Section 331(c), 352(o), 333(a)(1)

**\* Max. Penalty:** One (1) year imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.